STEVEN G. KALAR
Federal Public Defender
SHILPI AGARWAL
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:    415.436.7706
Email:        Shilpi_Agarwal@fd.org

Counsel for Defendant YESENIA ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-00243 JSC |
| Plaintiff, | **DECLARATION OF SHILPI AGARWAL IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS.** |
| v. | |
| YESENIA ALVAREZ, | DATE: September 10, 2015
TIME: 11:00 a.m. |
| Defendant. | COURT: Hon. Jacqueline Corley |

I, Shilpi Agarwal, state as follows:

1. I am an Assistant Federal Public Defender practicing in the Northern District of California. I have been appointed to represent Yesenia Alvarez in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of an incident report that I received from the government as discovery in the above-captioned matter.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

1  Signed and dated on this 6th day of August 2015, in San Francisco, California.

/s/

SHILPI AGARWAL
Assistant Federal Public Defender

# EXHIBIT A

PP14026710



# UNITED STATES DEPARTMENT OF THE INTERIOR
## UNITED STATES PARK POLICE
### INCIDENT RECORD

JUVENILE ☐
SIR ☐
FORM DOI-INC-1.0

| | |
|---|---|
| Officer: APRIL RAMOS | Report Author: RAMOS, APRIL |
| Badge: 0382 | |

| Incident Number: PP14026710 | Incident Type: Driving While Intoxicated [90D] | Incident Status: Closed | Source: |
|---|---|---|---|
| Incident Date and Time: | | Incident Location: FORT FUNSTON MAIN PARKING LOT FORT FUNSTON MAIN PARKING LOT, SAN FRANCISCO, SAN FRANCISCO CA | |

**Summary:**

**SUSPECT/OFFENDER**

**OTHER INVOLVED PERSONS**

Involvement: OTHER
Name: ALVEREZ, YESENIA       Date of Birth: 10/15/1994  Sex: Female       Tribal id: --
         Deceased date: --           Phone: (Voice) (650) 645-0494  Address: 584 ATLANTA STREET, DALY CITY, SAN MATEO CA USA   Driver's license: D6350234, CA

Involvement: OTHER
Name: CASTILLO, ASHLEYMAE S       Date of Birth: 05/24/1995 Sex: Female       Tribal id: --
         Deceased date: --         Phone: --           Address: --
Driver's license: F5537967, CA

Involvement: OTHER
Name: CUBAS, MAX ANTONIO JR       Date of Birth: 07/06/1991 Sex: Male       Tribal id: --
         Deceased date: --         Phone: --           Address: --         Driver's license: E2800485, CA

Involvement: OTHER
Name: LIMA, DENZEL       Date of Birth: 05/29/1992 Sex: Male   Tribal id: --   Deceased date: --   Phone: --   Address: --       Driver's license: F2302662, CA

PP14026710

|  |  |
|---|---|
| VEHICLE | **Involvement:** ASSOCIATED WITH<br>**Make:** TOYOTA  **Model:** CAMRY  **Year:** 2012  **Color:** Gray  **License:** 7CML674  **State:** California  **VIN:** 4T1BF1FK6CU055065  **Body style:** Sedan, 4-door |
| PROPERTY | **Involvement:**<br>**Type:** --  **Description:** --  **Make:** --  **Model:** --  **Year:** --<br>**Color:** --  **Serial #:** --  **Picture:** N |

Narrative: On 03/27/2014 at approximately 2203 hours I was on patrol in a fully marked police cruiser in the area of Fort Funston. This area is closed at sunset as per the compendium. As I entered into the main parking lot, on the north side, I observed a gray Toyota (California tag#7CML674) parked in the middle of the parking lot with four occupants. I activated my lights and made several announcements stating that Fort Funston is closed and all persons must leave the area. As I did this, I observed the vehicle lights turn on and instead of turning right in order to exit, the vehicle made a left turn heading west towards the hang glider deck. I then continued driving towards the south end where the NPS Ranger station is located, as I looked in my rear view mirror I noticed that said vehicle had not exited Fort Funston and was behind my vehicle. I conducted a u-turn and as I did this, said vehicle made a right turn into a dirt path, not intended for motor vehicles. The vehicle made a delayed stop, then began backing up and instead of heading west to exit, the vehicle headed east towards my vehicle once again.

I then drove up to the driver, later identified as Yesenia ALVAREZ to advise her she was headed in the wrong direction. As ALVAREZ spoke to me, I observed her to have slow speech and her eye lids appeared heavy as though she was tired and attempting to stay awake. They would open and close in a slow manner and remained half way open. Observing ALVAREZ's driving behavior and appearance, I then exited my vehicle in order to investigate further.

As I approached the vehicle, which had three other occupants I immediately smelled the strong odor of fresh and burnt marijuana. I asked ALVAREZ if she smoked marijuana, she stated no. I observed ALVAREZ to have bloodshot red eyes. I advised ALVAREZ that not only did I smell burnt marijuana but that she appeared to possibly be under the influence. ALVAREZ then stated that she had smoked earlier at 5 pm. I asked ALVAREZ where she had smoked, she initially stated that she smoked at work. I then asked ALVAREZ when she last slept, she stated at 5 pm until 7pm. As I questioned ALVAREZ she would frequently look over to her front seat passenger, CASTILLO for answers. As I spoke to ALVAREZ she laid her head back onto her seat and appeared to be closing her eyes and falling asleep. I asked ALVAREZ if she was falling asleep, she stated no that she was just relaxed. I asked ALVAREZ how long she had been in the parking lot, she stated that she got to Fort Funston at 7 pm. I then

PP14026710

reminded ALVAREZ that she stated to me that she had woken up at 7pm from her home and smoked marijuana at work at 5 pm, but then stated that she was sleeping at her house at 5 pm. ALVAREZ then changed her story and stated that she had smoked marijuana at her home. When I asked her why the burnt odor was coming from her vehicle and that her other passengers appeared to have been using as well, she stated that her car always stinks. I then asked ALVAREZ how she could've been at her home sleeping and Fort Funston at 7pm, she could not provide an answer. I asked her how her occupants got into her car, she stated that she had picked them up, however none of the time frames she gave me matched.

I again asked if there was any drugs or alcohol in the vehicle, ALVAREZ stated no, however the right rear passenger, identified as CUBAS stated to me that he had a small amount inside his backpack.

I then had ALVAREZ exit the vehicle in order to perform Standardized Field Sobriety testing for drugs. I asked ALVAREZ if she felt the effects of the marijuana, she stated that she felt relaxed and then asked me how marijuana was supppose to feel.

HORIZONTAL GAZE NYSTAGMUS: Utilizing my pen as a stimulus which I held 12 to 15 inches from ALVAREZ's face and slightly elevated. ALVAREZ stated that she wore glasses but they were not on her person. RESULTS: ALVAREZ moved her head after being instructed not to. As I began testing for convergence, ALVAREZ would stop the test and start laughing, she did this three times. I redirected ALVAREZ to follow my instructions and as she did, I observed lack of convergence in her right eye which is an indicator of possible marijuana use.

WALK and TURN: I conducted the instructional and demonstrative phase of this test, ALVAREZ stated that she understood and agreed to take this test. ALVAREZ had stated to me prior to taking the tests that she was sore from working out. I asked her what she did, she only stated that she worked out yesterday and that she was sore. RESULTS: ALVAREZ stepped off line during the instructional phase, raised her arms for balance and swayed. ALVAREZ did not count out loud as instructed. ALVAREZ missed touching heel to toe by more than one half inch on steps 5, 7, and 8 on the first set of nine. ALVAREZ turned improperly. ALVAREZ missed touching heel to toe by more than one half inch on steps 2 through 9 on the second set of nine. ALVAREZ walked with an unsteady gait.

ONE LEG STAND: I conducted the instructional and demostative phase of this test, ALVAREZ stated that she understood and agreed to take this test. RESULTS: Lifting her right leg, ALVAREZ swayed throughout this test. ALVAREZ raised her arms greater than six inches from her side and swayed throughout this test. ALVAREZ swayed, lost balance and stepped down at count "one thousand seventeen" and stopped the test. The timed stop was at 20 seconds.

RHOMBERG STANCE: I conducted the instructional and demonstrative phase of this test to ALVAREZ, she just stared at me and appeared to be barely keeping her eyes open. I asked ALVAREZ if she understood and I asked her why she was looking at me in that manner, she stated that the test sounded weird. I again asked ALVAREZ if she understood the instructions, she stated that she did and began the test. ALVAREZ stopped this test after a 14 second timed count.

PULSE: Using ALVAREZ's left wrist, I counted her pulse for a timed 30 seconds. ALVAREZ's pulse was 124 BPM. Based on my training and experience, a high pulse rate is also an indication of possible marijuana use.

PP14026710

I then advised ALVAREZ of the Preliminary Alcohol Screening Admonition statement, she agreed to take this test. Utlizing the Alco-Sensor IV (serial #093036) a BAC of .000% at 2229 hours was given.

Based on my investigation, I believed ALVAREZ was too impaired to operate a motor vehicle. I then placed ALVAREZ under arrest for Driving Under the Influence. I advised ALVAREZ of the Chemical test admontion statement for drugs and she agreed to take a blood test.

Prior to transporting ALVAREZ to SFPD Mission station for the blood test, I requested Ranger Lewis and Officer McBride remain on scene to assist with the search of the vehicle and transportation for the three occupants. As I approached the vehicle I observed fresh marijuana buds and green leaf like substances on the floorboard of the driver's side. Officer McBride also remained on scene and subsequently released the vehicle to it's registered owner.

I then transported ALVAREZ to SFPD Mission station. While in process I heard snoring and as I looked back to check on ALVAREZ she had her head down on her lap and appeared to be sleeping. At 2243 hours a blood test was conducted by phlebotomist, Shaun Marchisheck. I then transported ALVAREZ back to D-8 for processing.

Ranger Lewis advised me that he located a small amount of marijuana from ALVAREZ's purse as well as an open gin bottle in the center console of the vehicle. Ranger Lewis confiscated other items of evidence, including two grinders, a multicolored glass marijuana pipe and other paraphernalia. See attached supplemental. All items were brought to D-8 by Officer Mcbride and subsequently dropped into property for evidence. The blood evidence was transported back to D-8 where I later dropped it into property for testing.

ALVAREZ was charged with 36 CFR 4.23(a)(1)-DUI, 36 CFR 4.14(b)-Possession of open container in MV(driver), and 36 CFR 2.35(b)(2)-Possession of MJ <=1oz. ALVAREZ was released from custody at approximately 0220 hours.

Time cleared 0220 hours

| Officer Name: APRIL RAMOS | Officer Signature: | Date: 03/27/2014 | Officer Unit: USPP FOD-SFFO<br>Region: PWR<br>State/Zone: CA |
|---|---|---|---|
| Supervisor Name: Larry Morales | Supervisor Signature: | Date: 03/27/2014 | Area/Duty Station: GOGA<br>Site:<br>Place:<br>Point: |